**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ana Cecilia VARGAS, Defendant–Appellant.**

No. 05–11269
Non–Argument Calendar.
D.C. Docket No. 04–20541–CR–JEM.

United States Court of Appeals, Eleventh Circuit.

Oct. 18, 2005.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Sheryl Joyce Lowenthal, Miami, FL, for Defendant–Appellant.

Before TJOFLAT, HULL and WILSON, Circuit Judges.

PER CURIAM:

Sheryl J. Lowenthal, appointed counsel for Ana Cecilia Vargas in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Vargas's conviction and sentence are **AFFIRMED**.